**Kiritkumar BHATT, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–60723.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2003.

Imran B. Mirza, Quan, Burdette & Perez, Houston, TX, for Petitioner.

John Ashcroft, Ethan B. Kanter, Linda S. Wernery, Thomas Ward Hussey, Director, US Department of Justice, Washington, DC, Hipolito Acosta, US Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, US Immigration

---

& Naturalization Service, New Orleans, LA, for Respondent.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Kiritkumar Bhatt petitions for review of the decision of the Board of Immigration Appeals (BIA) summarily affirming the decision of the Immigration Judge (IJ) denying Bhatt's request for asylum or withholding of deportation. Bhatt contends that the deportability determination was not supported by substantial evidence. We do not disturb the IJ's determination that Bhatt was not credible. *Chun v. INS,* 40 F.3d 76, 78 (5th Cir.1994).

PETITION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.